■ MICHAEL G. CARUSO et al., Appellants, v GEORGE E. BOWMAN et al., Respondents. [617 NYS2d 669] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly dismissed the complaint on the ground that it was barred by the " 'fireman's rule' " *(Cooper v City of New York,* 81 NY2d 584, 588). While attempting to serve a criminal summons, plaintiff Officer Michael G. Caruso was bitten by a dog harbored on the premises. A risk inherent in serving a criminal summons is an injury resulting from a condition on the premises *(see, Cooper v City of New York, supra,* at 590; *Santangelo v State of New York,* 71 NY2d 393). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Summary Judgment.) Present—Denman, P. J., Lawton, Wesley, Doerr and Boehm, JJ.